O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR RAFAEL HUNTER, | ) Case No. ED CV 11-1598-JGB (SP) |
| Petitioner, | ) |
| v. | ) **MEMORANDUM AND ORDER** |
| SCOTT MESA, Warden, | ) **GRANTING VOLUNTARY** |
| Respondent. | ) **DISMISSAL** |

On October 5, 2011, pro se petitioner Omar Rafael Hunter filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. Respondent answered the Petition on November 22, 2011.

On September 26, 2014, petitioner filed a Motion to Dismiss Petition Without Prejudice to Refiling. Petitioner seeks to voluntarily dismiss his Petition without prejudice on the ground that he currently has an appeal pending before the California Court of Appeal regarding the denial of his motion for a new trial in the underlying case. Petitioner thus contends that his judgment is not yet final in the underlying case, thus precluding this Court from considering the instant Petition. *Sherwood v. Tomkins*, 716 F.2d 632, 634 (9th Cir. 1983) ("When . . . an appeal of a state criminal conviction is pending, a would-be habeas corpus petitioner must await the outcome of his appeal before his state remedies are exhausted, even

1 | where the issue to be challenged . . . has been finally settled in the state courts.").

2 |     Under Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may
3 | voluntarily dismiss an action, without a court order, by filing "a notice of dismissal
4 | before the opposing party serves either an answer or a motion for summary
5 | judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).  Such dismissal is without prejudice.
6 | Fed. R. Civ. P. 41(a)(1)(B).  If the opposing party has answered or moved for
7 | summary judgment and there is no stipulation of dismissal, a plaintiff requires a
8 | court order to voluntarily dismiss an action.  Fed. R. Civ. P. 41(a)(2).  "In ruling on
9 | a motion for voluntary dismissal, the District Court must consider whether the
10 | defendant will suffer some plain legal prejudice as a result of the dismissal."
11 | *Hamilton v. Firestone Tire & Rubber Co., Inc.*, 679 F.2d 143, 145 (9th Cir. 1982).

12 |     Although respondent has answered, it does not appear that respondent will
13 | suffer any prejudice by petitioner's voluntary dismissal of this action.  Moreover, in
14 | response to petitioner's motion to voluntarily dismiss the Petition, respondent has
15 | stated he does not oppose dismissal.  The Court will therefore allow petitioner to
16 | voluntarily dismiss this action, without prejudice.

17 |     IT IS THEREFORE ORDERED that petitioner's voluntary dismissal of this
18 | action is GRANTED, and that Judgment be entered denying the Petition and
19 | dismissing this action without prejudice.

21 | DATED: October 22, 2014    _____
22 |                                 HONORABLE JESUS G. BERNAL
                                UNITED STATES DISTRICT JUDGE

24 | Presented by:

26 | _____
    SHERI PYM
27 | UNITED STATES MAGISTRATE JUDGE