O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMAR RAFAEL HUNTER, | ) | Case No. ED CV 11-1598-JGB (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| SCOTT MESA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Granting Voluntary Dismissal,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: October 22, 2014

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE